ARTHUR LEDBETTER, ADM'R, v. MATHIAS L. SWING.

The provision dispensing with security in appeals by executors and administrators, does not extend the exemption to proceedings by certiorari to Justice's Courts.

Appeal from Dallas.    Tried below before the Hon. Nat. M. Burford.

Petition by appellant, for certiorari to remove a judgment of a Justice's Court to the District Court for revision.  Order that the writ issue, upon petitioner's giving bond, &c.   It did not appear that bond had been given, or that the writ had been issued.   At next Term a motion to dismiss, on the ground of failure to give the bond, was sustained.

*J. M. Crockett*, for appellant.

*McCoy & Nicholson*, for appellee.

WHEELER, J.   The petition was rightly dismissed for the want of a bond.   (Hart. Dig. Art. 1753 ; 4 Tex. R. 1, 83.) The Statute makes no exception in favor of administrators. The provision dispensing with security in appeals by executors and administrators, does not extend the exemption to proceedings by certiorari. (Hart. Dig. Art. 804.)   And the Court cannot give it such application by construction.  The judgment is affirmed.

                                    Judgment affirmed.